UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOHN J. SPEICHER, *et al.*, | : | CIVIL ACTION |
|                  Plaintiffs, | : | |
| | : | |
|       v. | : | No.  5:22-cv-4284 |
| | : | |
| ROCKET MORTGAGE, LLC, | : | |
|                  Defendant. | : | |

**O R D E R**

**AND NOW**, this 11th day of April, 2023, upon consideration of Defendant's Motion to Dismiss the Complaint, Plaintiffs' response, Defendant's reply, and for the reasons stated in the Court's Opinion issued this same day, **IT IS HEREBY ORDERED THAT** Defendant's Motion, ECF No. 6, is **GRANTED in part and DENIED in part** as follows:

1. Counts I, IV, and V of the Complaint are **dismissed with prejudice**.[1]

2. Counts II and VI of the Complaint are **dismissed without prejudice**.

3. Defendant's Motion to Dismiss is denied as to Counts III and VII.

4. Plaintiffs have **7 days from the date of this Order** to file an Amended Complaint if they wish to replead the Counts that have been dismissed without prejudice.[2]

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge

---

[1] The Court dismisses these counts with prejudice because any amendments would be futile for the reasons stated in the Opinion. *See Boyd v. New Jersey Dept. of Corrections*, 583 Fed. Appx. 30, 32 (3d Cir. 2014).

[2] Defendant has 21 days from the date of this Order to file an answer to the Complaint or, if necessary, file a response to any Amended Complaint.