UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

JOHN J. SPEICHER, *et al.*,           :   CIVIL ACTION
          Plaintiffs,              :
                                   :
    v.                         :   No. 5:22-cv-4284
                                   :
ROCKET MORTGAGE, LLC,                  :
          Defendant.              :

## O R D E R

**AND NOW**, this 7th day of June, 2023, upon consideration of Defendant's Motion to Dismiss two claims in the Amended Complaint, Plaintiffs' response, Defendant's reply, and for the reasons stated in the Court's Opinion issued this same day, **IT IS HEREBY ORDERED THAT** Defendant's Motion, ECF No. 14, is **GRANTED.** Count II (Violations of Truth and Lending Act) and Count IV (Negligence) in the Amended Complaint are both **dismissed with prejudice**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge