**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JOHN J. SPEICHER, *et al.*, | : | CIVIL ACTION |
| Plaintiffs, | : | |
| | : | |
| v. | : | No. 5:22-cv-4284 |
| | : | |
| ROCKET MORTGAGE, LLC, | : | |
| Defendant. | : | |

# O R D E R

**AND NOW**, this 2nd day of January, 2024, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendant's Motion for Summary Judgment, *see* ECF No. 37, is **GRANTED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiffs on all counts;

3. Plaintiffs' Motion in Limine, *see* ECF No. 49, is **DISMISSED as moot**;

4. Defendant's Motions in Limine, *see* ECF Nos. 50, 51, are **DISMISSED as moot**;

5. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge